**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>9139249 Canada Inc., *et al.*[1]<br><br>Debtors in a Foreign Proceeding.<br><br>☒Affects all Debtors<br>☐Affects 9139249 Canada Inc. [Can.]<br>☐Affects Bus.com Leasing LLC<br>☐Affects Bus.com US LLC<br>☐Affects Bus.com US Holding Inc.<br>☐Affects 9139249 Canada Inc. [US] | Lead Case No. 2:24-bk-19627<br><br>Joint administration requested with Case Nos:<br>2:24-bk-19625<br>2:24-bk-19628<br>2:24-bk-19629<br>2:24-bk-19632<br><br>Chapter 15<br><br>**ORDER (I) DIRECTING JOINT ADMINISTRATION; (II) AUTHORIZING THE FOREIGN REPRESENTATIVE TO MAINTAIN A CONSOLIDATED RULE 1007(A)(4) LIST; AND (III) GRANTING RELATED RELIEF**<br><br>[No Hearing or Notice Requirement Pursuant to Local Bankruptcy Rule 1015-1]<br><br>Hon. |

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number, are: 9139249 Canada Inc. (QC TIN 5773); Bus.com Leasing LLC (TIN 9394); Bus.com US LLC (TIN 4598); Bus.com US Holding Inc. (TIN 3978); 9139249 Canada Inc. (TIN 2716) (collectively, the "Debtors"). The mailing address for the Debtors is 610-4200 BOUL, Saint-Laurent, Montréal Québec H2W2R2, Canada.

Upon the motion ("Motion") of 9139249 Canada Inc. (the "Foreign Representative") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order, pursuant to Bankruptcy Rule 1015(b) and LBR 1015-1, (a) directing the joint administration of the chapter 11 cases for procedural purposes only, and (b) authorizing the Foreign Representative to maintain a consolidated list of the information required by Fed. R. Bankr. P. 1007(a)(4); and (c) granting related relief, each as more fully set forth in the Motion; and upon consideration of the Kohlberg Declaration, the Gagnon Declaration, and other facts of which the Court may take judicial notice; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above referenced cases are jointly administered for procedural purposes only and shall be jointly administered by the Court under the case number assigned to Conn's, Inc., Case No. 24-33357 (ARP). All of the jointly administered cases are assigned to Judge _____.

2. The caption of the jointly administered Chapter 11 Cases shall read as follows:

| | |
|---|---|
| In re:<br>9139249 Canada Inc., *et al.*[1]<br>    Debtors in a Foreign Proceeding.<br><br>☐ Affects all Debtors<br>☐ Affects 9139249 Canada Inc. [Can.]<br>☐ Affects Bus.com Leasing LLC<br>☐ Affects Bus.com US LLC<br>☐ Affects Bus.com US Holding Inc.<br>☐ Affects 9139249 Canada Inc. [US] | Lead Case No. 2:24-bk-19627<br><br>Joint administration requested with Case Nos:<br>2:24-bk-19625<br>2:24-bk-19628<br>2:24-bk-19629<br>2:24-bk-19632<br><br>Chapter 15<br><br>**[title of motion]**<br><br>[Hearing date and time]<br><br>Hon. _____ |

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number, are: 9139249 Canada Inc. (QC TIN 5773); Bus.com Leasing LLC (TIN 9394); Bus.com US LLC (TIN 4598); Bus.com US Holding Inc. (TIN 3978); 9139249 Canada Inc. (TIN 2716) (collectively, the "Debtors"). The mailing address for the Debtors is 610-4200 BOUL, Saint-Laurent, Montréal Québec H2W2R2, Canada.

3.    The requirement of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) for the inclusion of the Debtors' full tax identification numbers in the captions for the Debtors' filings with the Court and notices sent to creditors is waived.

4.    The Clerk of the United States Bankruptcy Court for the Central District of California (the "Clerk") is hereby directed to make the following notation on the dockets for each of the Debtors' cases:

> **An Order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the chapter 15 cases of:** 9139249 Canada Inc. Case No. 2:24-bk-19627; Bus.com Leasing LLC Case No. 2:24-bk-19629; Bus.com US LLC Case No. 2:24-bk-19632; Bus.com US Holding Inc. Case No. 2:24-bk-19628; 9139249 Canada Inc. Case No. 2:24-bk-19625. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in Case No. 2:24-bk-19627, and such docket should be consulted for all matters concerning these chapter 15 cases.**

5.     The Foreign Representative shall maintain, and the Clerk shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 15 cases.

6.     Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

7.     Nothing in this final order constitutes (a) an admission as to the validity of any claim against the Debtors; (b) a waiver of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim or interest under applicable law or nonbankruptcy law; (c) a promise or requirement to pay any claim; (d) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; (e) a request for or granting of approval for assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code; or (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates. Any payment made pursuant to this order is not intended to be nor should it be construed as an admission as to the validity of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

8.     Notwithstanding anything to the contrary, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

9.     The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this order.

10.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

SO ORDERED.

Dated: _____          _____
                                                U.S. BANKRUPTCY JUDGE

-4-
Joint Administration Motion

**Exhibit B**
(Consolidated Rule 1007(a)(4) List)