1  Zachary T. Page (SB# 293885)
2  *Zachary.Page@ThompsonHine.com*
   THOMPSON HINE LLP
3  3130 Wilshire Boulevard, Suite 500
4  Santa Monica, California 90403-2351
   Phone: (310) 998-9100 • Fax: (310) 998-9109
5  *Attorneys for Debtors in a Foreign Proceeding*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>9139249 Canada Inc., *et al.*[1]<br><br><br>Debtors in a Foreign Proceeding.<br><br>☒ Affects all Debtors<br>☐ Affects 9139249 Canada Inc. [Can.]<br>☐ Affects Bus.com Leasing LLC<br>☐ Affects Bus.com US LLC<br>☐ Affects Bus.com US Holding Inc.<br>☐ Affects 9139249 Canada Inc. [US] | Lead Case No. 2:24-bk-19627<br><br>Joint administration requested with Case Nos:<br>2:24-bk-19625<br>2:24-bk-19628<br>2:24-bk-19629<br>2:24-bk-19632<br><br>Chapter 15<br><br>**VERIFICATION OF PETITION**<br><br>[No Hearing or Notice Requirement Pursuant to Local Bankruptcy Rule 1015-1]<br><br>Hon. _____ |

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number, are: 9139249 Canada Inc. (QC TIN 5773); Bus.com Leasing LLC (TIN 9394); Bus.com US LLC (TIN 4598); Bus.com US Holding Inc. (TIN 3978); 9139249 Canada Inc. (TIN 2716) (collectively, the "Debtors"). The mailing address for the Debtors is 610-4200 BOUL. Saint-Laurent, Montréal Québec H2W2R2, Canada.

I, Wolf Kohlberg, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America as follows:

I am the Chief Executive Officer of 9139249 Canada, Inc., a Canadian corporation, the authorized foreign representative for the Debtors. As such, I have full authority to verify the foregoing Verified Petition on behalf of the Debtors.

I have read the foregoing Verified Petition, and I am informed and believe that the factual allegations contained therein are true and accurate to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 26, 2024
Montréal, QC, Canada

*[signature]*
Wolf Kohlberg
Chief Executive Officer
9139249 Canada Inc.